UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLINTON KNOLL,

        Plaintiff,

vs.                                                                  Civil Action No.:
                                                                         1:20-CV-04597-ER-GWG

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## **ORDER**

      AND, NOW, this __20th__ day of July, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due August 25, 2021. Defendant's opposition to Plaintiff's motion and cross-motion is due October 25, 2021. Plaintiff's reply, if any, is due November 15, 2021.

Entered: __July 20, 2021__                                   _____

                                                                           Gabriel W. Gorenstein
                                                                   United States Magistrate Judge