

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

October 27, 2021

BY ECF

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  Clinton Knoll v. Comm'r of Soc. Sec.
           20 Civ.4597 (GWG)

Dear Judge Gorenstein:

    We write respectfully to request, with the consent of plaintiff's counsel, a two week adjournment *nunc pro tunc* of the remaining briefing schedule in this Social Security case.  In the current schedule, the government's brief was due October 25, 2021, and plaintiff's reply brief, if any, was due November 15, 2021.  The proposed schedule is:

    Government's brief by November 8, 2021
    Plaintiff's reply brief, if any, by November 29, 2021.

We regret the error in missing the due date for the government's brief.  With over 100 Social Security cases currently on my docket, including 25 briefs due in the next two months, I unfortunately missed this date.  We have not previously requested an adjournment in this case. We appreciate the Court's consideration of this request.

                                          Respectfully,

                                          DAMIAN WILLIAMS
The proposed schedule is approved.        United States Attorney

So Ordered.                          By:        s/ *Susan D. Baird*
                                              SUSAN D. BAIRD
                                              Assistant United States Attorney
GABRIEL W. GORENSTEIN               tel. (212) 637-2713
United States Magistrate Judge        Susan.Baird@usdoj.gov

October 27, 2021

cc:  Charles E. Binder, Esq.