UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLINTON KNOLL,

                             Plaintiff,

      -against-                                        20 **CIVIL** 4597 (GWG)

                                                           **JUDGMENT**

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                             Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, Knoll's motion for judgment on the pleadings is granted, and the Commissioner's cross-motion for judgment on the pleadings is denied. The case is remanded to the Social Security Administration for further proceedings consistent with the opinion; accordingly, the case is closed.

**Dated:**  New York, New York

          March 14, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                    BY:
                                                        **Deputy Clerk**